IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRIAN MICHAEL WATERMAN,

      Plaintiff,

      v.             CASE NO. 24-3239-JWL

JEFF ZMUDA, et al.,

      Defendants.

## MEMORANDUM AND ORDER

This pro se civil rights action under 42 U.S.C. § 1983 comes now before the Court on Plaintiff Brian Michael Waterman's motion to consolidate this case with *Waterman v. Bell, et al.*, Case No. 24-3220-JWL. (Doc. 4.) The motion will be denied. On December 30, 2024, the Court issued a memorandum and order in Case No. 24-3220-JWL identifying certain deficiencies in the complaint filed in that action and granting Plaintiff to and including January 31, 2025 in which to file an amended complaint. Because Plaintiff has been directed to file an amended complaint in Case No. 24-3220 and he may include in that amended complaint any claims that may be properly joined in that matter, there is no need for consolidation with Case No. 24-3220.

**IT IS THEREFORE ORDERED BY THE COURT** that the motion to consolidate (Doc. 4) is denied. Plaintiff remains obligated to comply with the memorandum and order (Doc. 3) entered in this case on December 30, 2024.

**IT IS SO ORDERED**.

Dated January 6, 2025, in Kansas City, Kansas.

                          **S/ John W. Lungstrum**
                          **JOHN W. LUNGSTRUM**
                          **UNITED STATES DISTRICT JUDGE**