IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRIAN MICHAEL WATERMAN,

    **Plaintiff,**

    v.                                                           CASE NO. 24-3239-JWL

JEFF ZMUDA, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff, Brian Michael Waterman, who is incarcerated at the Hutchinson Correctional Facility in Hutchinson, Kansas ("HCF"), brings this pro se civil rights case. On December 30, 2024, the Court entered a Memorandum and Order (Doc. 3) ("M&O") denying Plaintiff leave to proceed in forma pauperis, finding Plaintiff is subject to the "three-strikes" provision under 28 U.S.C. § 1915(g). The Court examined the Complaint and found no showing of imminent danger of serious physical injury. The Court granted Plaintiff until January 30, 2025, to submit the $405.00 filing fee or to show good cause why the three strikes provision of § 1915(g) should not apply. This matter is before the Court on Plaintiff's response (Doc. 6).

In his response, Plaintiff alleges that he has a new shoulder injury that is separate from the injury involved in Case No. 23-3182. (Doc. 6, at 1.) He also alleges that he was denied medical care at the Lansing Correctional Facility, which has left him with an unhealed shoulder for over a year. *Id*. Plaintiff claims that defendants at HCF reinjured his shoulder and denied him medical care. *Id*. Plaintiff alleges that it was explained to him that "after 2 ½ years of torn ligaments physical therapy will not do any good or repair the shoulder" and he will need surgery

1

to avoid lock joint. *Id*. at 2. Plaintiff claims these are the same circumstances that were considered imminent danger in Case No. 23-3182. *Id*.

Plaintiff filed this instant case on December 29, 2024. (Doc. 1.) Plaintiff asserts one count based on the denial of physical therapy for his shoulder. *Id*. at 4. In his Complaint, he indicates that he has re-injured his shoulder and was told by Dr. Wade that he now needs surgery or he will get "lock joint." *Id*. at 6.

Plaintiff seeks compensatory damages in the amount of $35,000, and punitive damages in the amount of $25,000. Plaintiff seeks various forms of injunctive relief, including surgery for his right shoulder, a scope, and timely physical therapy afterwards. *Id*. at 9.

Based on Plaintiff's response, the Court will allow him to proceed in forma pauperis. The Court grants Plaintiff's motion for leave to proceed in forma pauperis at Doc. 2. The Court assesses an initial partial filing fee of $1.50, calculated under 28 U.S.C. § 1915(b)(1). Plaintiff is granted to and including February 14, 2025, to submit the fee. Any objection to this order must be filed on or before the date payment is due. The failure to pay the fee as directed may result in the dismissal of this matter without further notice. Plaintiff remains obligated to pay the remainder of the $350.00 filing fee. The agency having custody of Plaintiff shall forward payments from Plaintiff's account in installments calculated under 28 U.S.C. § 1915(b)(2). The Clerk is to transmit a copy of this order to Plaintiff, to the finance office at the institution where Plaintiff is currently confined, and to the Court's finance office.

The Court will enter a separate order after screening Plaintiff's Complaint.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is **granted**. The Court assesses an initial partial filing fee of $1.50, calculated under 28 U.S.C. § 1915(b)(1). Plaintiff is granted to and including

**February 14, 2025**, to submit the fee. Any objection to this order must be filed on or before the date payment is due. The failure to pay the fee as directed may result in the dismissal of this matter without further notice. Plaintiff remains obligated to pay the remainder of the $350.00 filing fee. The agency having custody of Plaintiff shall forward payments from Plaintiff's account in installments calculated under 28 U.S.C. § 1915(b)(2). The Clerk is to transmit a copy of this order to Plaintiff, to the finance office at the institution where Plaintiff is currently confined, and to the Court's finance office.

**IT IS SO ORDERED**.

**Dated January 31, 2025, in Kansas City, Kansas.**

                                        **S/ John W. Lungstrum**
                                        **JOHN W. LUNGSTRUM**
                                        **UNITED STATES DISTRICT JUDGE**